| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|  | TERRY J. HOULIHAN (SBN 42877) |
| 2 | terry.houlihan@bingham.com |
|  | THOMAS S. HIXSON (SBN 193033) |
| 3 | thomas.hixson@bingham.com |
|  | TAREK SORENSEN (SBN 261528) |
| 4 | tarek.sorensen@bingham.com |
|  | Three Embarcadero Center |
| 5 | San Francisco, CA  94111-4067, U.S.A. |
|  | Telephone:  415.393.2000 |
| 6 | Facsimile:  415.393.2286 |
| 7 | Attorneys for Defendant |
|  | FIREMAN'S FUND INSURANCE COMPANY |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | LINDA J. BEESON, et al., | No. 09-CV-02776 SC |
| 14 | Plaintiffs, | **STIPULATION AND [PROPOSED]** |
| 15 | v. | **ORDER RE:  BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND** |
| 16 | FIREMAN'S FUND INSURANCE COMPANY, INC., a corporation, and DOES 1 through 50, inclusive, | **REMAND** |
| 17 |  | Date:      August 28, 2009 |
|  | Defendants. | Time:      10:00 a.m. |
| 18 |  | Place:     Courtroom 1, 17th Floor |
|  |  | Judge:    Hon. Samuel Conti |

Whereas,

1. On June 23, 2009, Defendant Fireman's Fund Insurance Company ("FFIC") removed this case from state court, contending that Plaintiffs' state-law claims alleged in their First Amended Complaint ("FAC") are completely preempted by the Employee Retirement Incomes Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA"), thus giving rise to federal jurisdiction.

2. On June 26, 2009, FFIC moved to dismiss the FAC, contending that Plaintiffs' state-law claims are preempted and completely preempted by ERISA, and thus should be dismissed on the merits. FFIC's motion to dismiss is currently set for hearing on July 31, 2009, at 10:00 a.m.

3. Plaintiffs contend that their state-law claims alleged in the FAC are not completely preempted by ERISA and therefore that no federal jurisdiction exists over this case. Plaintiffs plan to file a motion to remand this case to state court.

4. Plaintiffs contend that their state-law claims alleged in the FAC are neither preempted nor completely preempted by ERISA, and therefore they intend to oppose FFIC's pending motion to dismiss.

5. The issues raised by FFIC's motion to dismiss and Plaintiffs' anticipated motion to remand are heavily interrelated, as they both involve arguments concerning whether the claims alleged in the FAC are preempted and/or completely preempted by ERISA. Accordingly, it is in the interest of the Court and the parties for these motions to be briefed and heard together.

6. There have been no previous time modifications with respect to these motions.

Accordingly, pursuant to Civil Local Rule 6-2, the parties hereby stipulate and ask the Court to order as follows:

A. FFIC's pending motion to dismiss – which is currently set for hearing on July 31, 2009 at 10:00 a.m. – is reset for hearing on August 28, 2009, at 10:00 a.m.

B. Plaintiffs shall file their motion to remand no later than July 17, 2009, and

1  it shall also be set for hearing on August 28, 2009, at 10:00 a.m.

2     C. Plaintiffs' opposition to FFIC's motion to dismiss, and FFIC's opposition

3  to Plaintiffs' motion for remand, shall both be due on July 31, 2009.

4     D. FFIC's reply in support of its motion to dismiss, and Plaintiffs' reply in

5  support of their motion for remand, shall both be due on August 14, 2009.

6

7     Respectfully submitted,

8

9  DATED: July 7, 2009   BINGHAM MCCUTCHEN LLP

10

11        By:_____/S/ Thomas S. Hixson_____
12        Thomas S. Hixson
      Attorneys for Defendant
13        FIREMAN'S FUND INSURANCE
      COMPANY

14  DATED: July 7, 2009   LEWIS, FEINBERG, LEE, RENAKER & JACKSON,
15        P.C.

16

17        By:_____/S/ Jeffrey Lewis_____
18        Jeffrey Lewis
      Attorneys for Plaintiffs
19        LINDA J. BEESON, et al.

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22

23  DATE: July __8__, 2009   _____
      Hon.
24        United States District Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

25

26

27

28

A/73084532.2/3000914-0000335550   2
STIPULATION AND [PROPOSED] ORDER RE:
BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND REMAND (09-CV-02776 SC)

| | |
|---|---|
| 1 | Attestation:  I hereby attest that I have on file all holograph signatures for any |
| 2 | signatures indicated by a "conformed" signature (/s/) within this efiled document. |
| 3 | |
| 4 | DATED:  July 7, 2009                              BINGHAM MCCUTCHEN LLP |
| 5 | |
| 6 |                                                    By:_____/S/ Thomas S. Hixson_____ |
| 7 |                                                               Thomas S. Hixson<br>Attorneys for Defendant |
| 8 |                                                          FIREMAN'S FUND INSURANCE<br>COMPANY |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | TERRY J. HOULIHAN (SBN 42877) |
| 2 | terry.houlihan@bingham.com |
|   | THOMAS S. HIXSON (SBN 193033) |
| 3 | thomas.hixson@bingham.com |
|   | TAREK SORENSEN (SBN 261528) |
| 4 | tarek.sorensen@bingham.com |
|   | Three Embarcadero Center |
| 5 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 6 | Facsimile:  415.393.2286 |
| 7 | Attorneys for Defendant |
|   | FIREMAN'S FUND INSURANCE COMPANY |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINDA J. BEESON, et al., | No. 09-CV-02776 SC |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| FIREMAN'S FUND INSURANCE COMPANY INC., et al., | Date:  August 28, 2009<br>Time:  10:00 a.m.<br>Place:  Courtroom 1, 17th floor<br>Judge:  Hon. Samuel Conti |
| Defendants. | |

I, Kelley A. Garcia, declare:

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067.  I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/email/hand delivery/next business day FedEx delivery, and they are deposited/delivered/transmitted that same day in the ordinary course of business.

//

//

A/73086108.1                                                                                                        Case No. 09-CV-02776 SC

PROOF OF SERVICE

On July 7, 2009, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND REMAND**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as set forth below.  I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

☐ (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by _____ in sealed envelope(s) with all fees prepaid at the address(es) set forth below.

☐ (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

☒ (CM/ECF) by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which sent electronic notification of such filing to all counsel of record.

☒ (VIA EMAIL) by transmitting via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below.

Val D. Hornstein, Esq.
Hornstein Law Offices
475 Sansome Street, 18th Floor
San Francisco, CA  94111
Tel: (415) 454-1490
Fax: (415) 397-0937
*Email: Val@HornsteinLaw.com*

Jeffrey Lewis, Esq.
Sacha Steinberger, Esq.
Kirsten Scott, Esq.
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Tel: (510) 839-6824
Fax: (510) 839-7839
*Email: jlewis@lewisfeinberg.com*
*Email: kscott@lewisfeinberg.com*
*Email: ssteinberger@lewisfeinberg.com*

A/73086108.1 | 2 | Case No. 09-CV-02776 SC

PROOF OF SERVICE

| | |
|---|---|
| 1 | I declare that I am employed in the office of a member of the bar of this court at |
| 2 | whose direction the service was made and that this declaration was executed on July 7, 2009, at |
| 3 | San Francisco, California. |
| 4 | /S/ Kelley A. Garcia |
| 5 | Kelley A. Garcia |

A/73086108.1    3    Case No. 09-CV-02776 SC

PROOF OF SERVICE